UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-298-AW-GRJ

**Deborah Laufer , Individually,**
       **Plaintiff,**

v.

**Astha Laxmi, LLC,**
       **Defendant.**
_____/ / / /

## PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS

I hereby certify that the instant action is not related to any pending or closed civil or criminal action previously filed in this Court, or any other Federal or State Court, or administrative agency.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this December 19, 2019.

          Respectfully submitted,
          ***/s/Suzette M. Marteny Moore***
          Suzette M. Marteny Moore
          S. Moore Law, PLLC
          FBN 668591
          s.moore@smoorelaw.com
          paralegal2@smoorelaw.com
          S. Moore Law PLLC
          2690 S. Combee Rd.
          Lakeland, Florida 33801
          863-229-2140 (T)/ (863) 808-0586 (F)

          Thomas B. Bacon, P.A.
          644 North Mc Donald St.
          Mt. Dora, FL 32757
          ph. (954) 478-7811
          tbb@thomasbaconlaw.com
          Florida Bar. Id. No. 139262

*Attorneys for Plaintiff*